

# CHRIS DANIEL

01-15-00290-CR

HARRIS COUNTY DISTRICT CLERK

March 18, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/27/2015 2:43:19 PM
CHRISTOPHER A. PRINE
Clerk

HONORABLE DENISE COLLINS
208TH DISTRICT COURT
HARRIS COUNTY

Defendant's Name. FERNANDO RAZO

Cause No. 1416480

Court· 208TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 3-16-15
**Sentence Imposed Date:** 3-16-15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

CHERYL PIERCE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P O Box 4651 Houston, Texas 77210-4651

Cause No. H1U480

THE STATE OF TEXAS

Fernando Razo                    V.            , A/K/A/ _____

208TH District Court / County Criminal Court at Law No. _____

Harris County, Texas

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On ___MAR 16 2015___ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal

___MAR 16 2015___
**Date**

Fernando Razo
**Defendant (Printed name)**

FILED
Chris Daniel
District Clerk

MAR 16 2015

Time: _____
Harris County, Texas

By

**Attorney (Signature)**

Carlos A. Rodriguez
**Attorney (Printed name)**

24027788
**State Bar Number**

3601 Navigation
**Address**

(713) 221-1777
**Telephone Number**

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

☑ ASKS the Court to ORDER that a free record be provided to him

☑ ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

_Fernando Razo_
**Defendant (Signature)**

Fernando Razo
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON ___MAR 16 2015___

By Deputy District Clerk of Harris County, Texas _____

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

# ORDER

On **MAR 1 6 2015** the Court conducted a hearing and **FINDS** that defendant / appellant

☐ ~~IS NOT~~ indigent at this time

☑ IS indigent for the purpose of

☑ employing counsel

☑ paying for a clerk's and court reporter's record.

☑ employing counsel or paying for a clerk's and court reporter's record

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **(GRANTED)** **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**

☑ Defendant's / appellant's motion is **GRANTED** and

☐ _____(attorney's name & bar card number)
is **APPOINTED** to represent defendant / appellant on appeal

☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant

**BAIL IS:**

☐ SET at $ _____

☐ TO CONTINUE as presently set

☑ DENIED and is SET at NO BOND (Felony Only)

DATE SIGNED _____ 3-16-15

MAR 1 6 2015
~~MAR 1 6 2015~~

JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO _____,
HARRIS COUNTY, TEXAS

 

Cause No. 1411040

THE STATE OF TEXAS

Razo, Fernando, Defendant

IN THE 208 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW No. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal [or]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal [or]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal [or]
- [ ] the defendant has waived the right of appeal.

_____
Judge

F I L E D
Chris Daniel
District Clerk

MAR 16 2015

Harris County, Texas
By_____
Deputy

MAR 16 2015   Time:_____

MAR 16 2015

_____
Date Signed

I have received a copy of this certification I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R APP P 68 2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

x_____
Defendant

Mailing Address 4237 1st Houston TX 77012

Telephone number: 281 912-7723

Fax number (if any) _____

_____
Defendant's Counsel

State Bar of Texas ID number 24027788

Mailing Address. 3600 Navigation

Telephone number (713) 224-1777

Fax number (if any) (713) 224-1776

* · A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal " TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

# APPEAL CARD

1st

Court 208  5-15-15  Cause No. FILO480

## The State of Texas
### Vs
Razo, Fernando

5-16-15

**Date Notice Of Appeal:** MAR 1 6 2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Collins, Denise

**Court Reporter** Pierce, Cheryl

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** Rodriguez, Carlos

**Attorney on Appeal** n/A

Appointed ✔ Hired _____

**Offense** Intox Manslaughter

**Jury Trial** Yes ✔ No _____

**Punishment Assessed** _____

**Companion Cases (If Known)** n/A

**Amount of Appeal Bond** Ø

**Appellant Confined:** Yes ✔ No _____

**Date Submitted To Appeal Section** MAR 1 6 2015

**Deputy Clerk** _____